**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1069

JOHN JAY HUMPHREY,

                Plaintiff - Appellant,

        v.

COURT CLERK OF U.S. SUPREME COURT,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Anthony John Trenga, District Judge.   (1:11-cv-01411-AJT-JFA)

Submitted:  May 31, 2012                Decided:  June 5, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Jay Humphrey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Jay Humphrey appeals the district court's order denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Humphrey v. Court Clerk of U.S. Supreme Court, No. 1:11-cv-01411-AJT-JFA (E.D. Va. filed Jan. 4, 2012, and entered Jan. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED